IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KIM WILT,

    Plaintiff,

v.

MAHONING TOWNSHIP, T.S. SCOTT, *individually*, and WILLIAM LYNN, *individually*,

    Defendants.

No. 4:17-CV-2030

(Judge Brann)

## ORDER

**AND NOW**, this 11th day of May 2018, in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss, January 16, 2018, ECF No. 6 is **GRANTED**.

2. Plaintiff may file an amended complaint by May 25, 2018. If no amended complaint is filed by that date, the action will be summarily dismissed pursuant to Fed. R. Civ. P. 41(b).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge